LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

September 3, 2009

Clerk, United States Bankruptcy Court
300 Booth St.
Room 1109
Reno, NV  89509

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Louis Daniel Hill and Alma Veronica Hill |
| | Case Number | : | 09-52753 |
| | Chapter | : | 7 |
| | Secured Creditor | : | America's Servicing Company |
| | Loan Number | : | XXXXXX0783 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   America's Servicing Company
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                                                              Very Truly Yours,

                                                                              /s/ John D. Schlotter

                                                                              John D. Schlotter, Esquire

   cc: NEED TRUSTEE
       Joe Laub, Esq.

File Number ASC-09-18914 /
Request for Service of Notice