**Entered on Docket
October 22, 2009**

_____
Hon. Ralph Kirscher
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

U.S. Bank, National Association, as Trustee for CMLTI 2007-AR1
09-76073

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-N-09-52753-gwz |
|---|---|
| Louis Daniel Hill and Alma Veronica Hill | Date: 10/13/09<br>Time: 10:00am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property described as 1155 Goldfield Street, Reno, NV 89512.

IT IS SO ORDERED this 13th day of October, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Joe Laub
711 S. Carson St. #2
Carson City, NV 89701
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Keith J. Tierney
10580 N. McCarran Blvd.
Bldg. 115-380
Reno, NV 89506
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case

_x___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

### (List Parties)

Debtor's counsel:

_____ approved the form of this order    _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x___ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ Opposition filed and withdrawn by Debtor's counsel

Trustee:

_____ approved the form of this order    _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x___ failed to respond to the document

Other Party:_____

_____ approved the form of this order    _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor